**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK W. DOBRONSKI,

                Plaintiff,

v.

FRACTEL LLC,

NUSO, LLC,

"CONSUMER TRANSPARENCY
GROUP,"; and

DOE DEFENDANTS I - X,

                Defendants.

Case No. 2:26-cv-10464

Honorable Mrandy R. McMillion
United States District Judge

Honorable Elizabeth A. Stafford
United States Magistrate Judge

_____

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANT FRACTEL LLC ONLY**

Plaintiff MARK W. DOBRONSKI, appearing *in propria persona*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice of dismissal without prejudice of the above-captioned civil action as to Defendant FRACTEL LLC only.

I certify, under penalty of contempt, that: this notice is the first dismissal filed by the Plaintiff based upon or including the same claim against Defendant Fractel LLC; all costs of filing and service have been paid; and, no answer or motion has been served upon Plaintiff by Defendant Fractel LLC as of the date of this notice.

1

WHEREFORE, Plaintiff respectfully requests that the Court enter its order this

this case is dismissed without prejudice as to defendant Fractel LLC.

Respectfully submitted,

Date: March 27, 2026

_____

Mark W. Dobronski
Post Office Box 99
Dexter, Michigan 48130-0099
(734) 641-2300
markdobronski@yahoo.com
Plaintiff *In Propria Persona*

## CERTIFICATE OF SERVICE

I hereby certify that on **March 27, 2026**, I electronically filed the foregoing *Notice of Dismissal Without Prejudice as to Defendant Fractel LLC Only* with the Clerk of the Court via the Court's Pro Se Document Upload utility, which will send notification of such filing to all counsel of record via the CM/ECF system.

_____

Mark W. Dobronski

2