## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRACTEL, LLC, NUSO, LLC CONSUMER TRANSPARENCY GROUP, and JOHN DOE DEFENDANTS 1-10<br><br>　　　　Defendants. | Case No. 2:26-cv-10464<br><br>District Judge Brandy R. McMillion<br>Magistrate Judge Elizabeth A. Stafford<br><br>Electronically Submitted |

### <u>DECLARATION OF LAURI A. MAZZUCHETTI</u>

I, LAURI A. MAZZUCHETTI, declare as follows:

1.　　I am an attorney at law, duly admitted to practice before this Court.

2.　　 I am a partner at the law firm Kelley Drye & Warren LLP, attorneys of record for Defendant NUSO, LLC ("NUSO").

3.　　I submit this declaration in support of NUSO's Motion to Dismiss Plaintiff Mark W. Dobronski's Complaint.  I make this declaration based on my personal knowledge.

4.　　Attached hereto as **Exhibit A** is a true and correct copy of the July 17, 2025 Opinion and Order Granting Motion to Dismiss issued by United States District Court Judge Stephen J. Murphy, III for the United States District Court for the

Eastern District of Michigan in *Dobronski v. Global Tel*Link Corporation*, No. 2:25-cv-10097, PageID.64.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of April, 2026.

By: */s/ Lauri A. Mazzuchetti*
Lauri A. Mazzuchetti

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties. I also caused a copy of the foregoing to be served by mail and email on the following pro se plaintiff:

Mark W. Dobronski
PO Box 99
Dexter, MI 48130
(734) 641-2300
markdobronski@yahoo.com

By: */s/ Lauri A. Mazzuchetti*
Lauri A. Mazzuchetti

3