UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

           Plaintiff,

v.

FRACTEL LLC, *et al.*,

Case No.  26-cv-10464

Honorable Brandy R. McMillion
United States District Judge

Honorable Elizabeth A. Stafford
United States Magistrate Judge

_____

## INDEX OF EXHIBITS

**Exhibit 1 –**    Declaration of Mark W. Dobronski

**Exhibit 2 –**    January 29, 2026 email thread regarding callback confirmation, abuse-case opening, and reseller / end-user investigation

**Exhibit 3 –**    January 30, 2026 email thread in which FracTel states it saw Plaintiff's callbacks, independently called the reported number and received the same "Ava" greeting, contacted the reseller, and stated it would cancel the numbers while the abuse was investigated

**Exhibit 4 –**    February 4, 2026 email thread stating FracTel was "actively disconnecting" reported numbers

**Exhibit 5 –**    February 5, 2026 email thread directing Plaintiff to pursue traceback through the terminating carrier / Industry Traceback Group

**Exhibit 6 –**    February 16, 2026 email thread from Plaintiff objecting that blocking Plaintiff's number is not lawful or adequate mitigation and demanding originator / reseller identity, dates and times, mitigation measures, traceback confirmation, and preservation; further stating FracTel had worked to remove or cancel numbers from resellers doing business with Consumer Transparency Group and that resellers should already have had Plaintiff's number on their blocked list

**Exhibit 7 –**    February 20, 2026 email thread stating that customer information would require court-ordered subpoena, that a reseller reported Plaintiff's number remained blocked due to the Consumer Transparency Group complaint, and that the calls were claimed to be spoofed by a third party