# EXHIBIT 5

## Re: Unwanted Robocalls

From: Mark Dobronski (markdobronski@yahoo.com)

To:     ticket@fractel.net

Date:   Thursday, February 5, 2026 at 11:07 AM EST

ROB:

Be advised that AVA with CONSUMER TRANSPARENCY GROUP is still alive and well and pumping out her recorded message robocalls using Fractel's network to facilitate her fraudulent, abusive, and unlawful scheme.

Today, February 5, 2026 @ 10:42 A.M.   Caller ID   **582-999-9454**   BERLIN PA

Are you ready to do disclose to me the identity of the person or entity that is purportedly sending these calls to your network?  I only seek to protect myself from the fraudulent, abusive, and unlawful use of the telephone network being engaged in by Ava with Consumer Transparency Group.  Please *see* 47 CFR 64.2005(d).

MARK DOBRONSKI
Tel:

On Wednesday, February 4, 2026 at 06:24:33 PM EST, Mark Dobronski <markdobronski@yahoo.com> wrote:

ROB,

Add TWO (2) MORE robocalls from AVA with CONSUMER TRANSPARENCY GROUP:

1.   02/04/2026 @ 5:34 P.M.   Caller ID **979-348-6451**  NORTHRUP TX

2.   02/04/2026 @ 6:16 P.M.    Caller ID **826-222-3703**  BROKENBURG VA

Really would appreciate knowing who the platform is that is dishing out these calls so that I can arrange for a United States Marshal serve a Summons and Complaint upon them and haul them before a United States District Judge and put a stop to this madness once and for all.

Regards,

MARK DOBRONSKI

On Wednesday, February 4, 2026 at 04:49:18 PM EST, Mark Dobronski <markdobronski@yahoo.com> wrote:

Well... Ava from Consumer Transparency Group called again at **4:14 P.M.**, this time from **539-336-8070.**

Got to give that lady credit... she sure is persistent.  Wish someone would find the power supply powering her autodialer and cut the wires.

On Wednesday, February 4, 2026 at 12:47:12 PM EST, Mark Dobronski <markdobronski@yahoo.com> wrote:

ROB,