# EXHIBIT 6

## Re: Unwanted Robocalls

From:  Mark Dobronski (markdobronski@yahoo.com)

To:    ticket@fractel.net

Date:  Monday, February 16, 2026 at 12:17 PM EST

Rob,

The unlawful calls have not stopped.

Blocking my number is not a lawful or adequate mitigation measure. It does nothing to stop the originating caller and instead shields the source of the traffic while allowing the scam operation to continue targeting other consumers. Blocking my number also interferes with legitimate communications to me, compounding the harm.

You have now been placed on actual notice of the illegal traffic traversing your network. Continued transmission after notice raises serious issues of knowing facilitation, ratification, and failure to mitigate. Revenue generation from high-volume traffic cannot take precedence over compliance obligations.

Accordingly, please provide the following without further delay:

1. The identity of the originating customer and any intermediary reseller(s) involved in routing this traffic.

2. The dates and times the traffic was carried.

3. All mitigation measures taken to investigate, suspend, or terminate the responsible account(s).

4. Confirmation of whether traceback procedures have been initiated and, if so, the results.

If you contend that you are prohibited from disclosing the reseller identity, please identify the specific statutory or regulatory basis for that position. As you know, applicable regulations permit disclosure in circumstances involving fraud and unlawful activity.

This correspondence constitutes continued formal notice of unlawful traffic. Please preserve all call detail records, contracts, onboarding documentation, KYC materials, and internal communications relating to this traffic.

I expect a substantive response.

Regards,
MARK DOBRONSKI

Telephone

On Monday, February 16, 2026 at 11:59:19 AM EST, FracTEL Technical Support <ticket@fractel.net> wrote:

Hi Mark Dobronski,

Thank you for this information Mark.   I'm disappointed to hear you are receiving calls from our numbers again. I worked hard to get all of numbers removed or cancelled from any reseller doing business with Consumer Transparency Group   Are these calls still coming in to your          number as well?  All the resellers that were working the previous cases should already have your number on their blocked list.

I will look into the new batch of calls you sent in.

Rob Lilja

On Sat, Feb 14 at 9:56 PM , Mark Dobronski <markdobronski@yahoo.com> wrote:

Hello again, Rob:

Well, "Rachel from Loan Support Office" has called a couple of times today:

02/14/2026 @ 4:41 P.M.    Caller ID 862-355-5096    POMPTON LAKE NJ

02/14/2026 @ 4:50 P.M.    Caller ID 826-356-7728    CRAIGSVILLE VA

And a couple of audio recordings so you can hear Rachel's sexy voice.

These scammers really like Fractel's network.  Must be the great service which you provide them.

Regards,

MARK DOBRONSKI
Tel ▓▓▓▓▓▓

On Saturday, February 14, 2026 at 11:36:56 AM EST, Mark Dobronski <markdobronski@yahoo.com> wrote:


Hi Rob,

Add another "Lisa with Loan Adjustment Center" robocall to the list:

02/13/2026 @ 6:33 P.M.    Caller ID 689-732-5620    WEST KISSIMM FL

Here is an audio recording so you can listen to it.

WHEN are you going to stop allowing these annoying calls to traverse your network?

Are you ready to identify the responsible party?

MARK DOBRONSKI
Tel ▓▓▓▓▓▓


On Friday, February 13, 2026 at 03:54:49 PM EST, Mark Dobronski <markdobronski@yahoo.com> wrote:


Mr. Lilja:

Unfortunately, the calls continue and continue and continue.  The recordings have changed from "Ava with Consumer Transparency Group" and now are fro "Lisa with Loan Adjustment Center / Rachel with Loan Support Office" (in the same call!).

So far TODAY alone I have received two calls 17 minutes apart:

02/13/2026 @ 2:10 P.M.    Caller ID 619-377-1976    PINE VALLEY CA
02/13/2026 @ 2:27 P.M.    Caller ID 659-766-8932    COLUMBIANA AL

WHAT DOES IT TAKE TO CAUSE THESE SCAMMERS TO STOP CALLING?

Mark Dobronski
Tel:▓▓▓▓▓▓


On Wednesday, February 4, 2026 at 12:38:40 PM EST, FracTEL Technical Support <ticket@fractel.net> wrote: