# EXHIBIT 7

## Re: Unwanted Robocalls

From:  Mark Dobronski (markdobronski@yahoo.com)

To:  ticket@fractel.net

Date:  Friday, February 20, 2026 at 04:25 PM EST

Rob,

My investigations have been VERY thorough, as I think you are now seeing.  Yes, I have tested each and every number to validate the fact that the scammer is behind same.  The outbound Caller-ID may be manipulated, but the manipulated number is to direct calls to the scammer.

Alas, I am sorry you cannot provide me further information, which 47 CFR 2005(d) expressly permits you to do in these circumstances.

Accordingly, I am notching up my efforts and now am seeking the assistance of the Courts. Someone needs to cause these calls to stop, and it looks like I must be the one

I look forward to having further discussions about these calls with you in person in the future.  In the meantime, please save your notes and all call detail records.

Regards,

Mark Dobronski
Telephone ███████████

On Friday, February 20, 2026 at 04:15:53 PM EST, FracTEL Technical Support <ticket@fractel.net> wrote:

Hi Mark Dobronski,

I can not release any customer information.   It needs to be obtained by a court ordered subpoena.

Did you make calls back into these numbers to confirm the abuse from a ██ area code number? My test calls to these number are not ansered, but i do see all of the numbers were called from the same number. My test calls and the other call from the ██ numbers are the only calls i see made to these number this month.

 The reseller said they have your ████████ number still blocked from being called on their network, due to the Consumer Transparency Group  complaint and claims the calls were spoofed by a 3rd party.  I let them know that's not the case. I am assuming the other calls were the ones you made confirming the abuse.

rl

Rob Lilja
On Fri, Feb 20 at 1:35 PM , Mark Dobronski <markdobronski@yahoo.com> wrote:

Rob,

I am not surprised that there is a different reseller involved, since the 2209000746 number involves a totally different -- and clearly unrelated -- scam.

I can assure you that the CallerID is not spoofed in any of the reported instances... leastwise, the CallerID displayed is a legitimate number at which one can reach the same scammer; it is Part 2 of the scam process. The initial call is the get the consumer to dial back to the Caller ID number. In every instance, I have dialed back the Caller ID number and received the scammer (which answers with an AI voice.)

Can you identify the two resellers?

MWD

On Friday, February 20, 2026 at 01:18:17 PM EST, FracTEL Technical Support <ticket@fractel.net> wrote:

Hi Mark Dobronski,

I have contacted the reseller with phone number 2209000746 ( different reseller than the other numbers you were receiving calls from). I asked them to look for the source of the calls, if they are coming from their service and one of their customers, to stop the calls to ▮▮▮▮▮▮ or send me some documentation showing they

i also contacted the reseller these numbers 2193569766, 6066006095, 6593333772 are assigned to, instructing them to search for the source of the calls you are receiving to ▮▮▮▮▮ Asked them to investigate the end user assigned the number for making robocalls.

Rob Lilja
On Fri, Feb 20 at 9:59 AM , Mark Dobronski <markdobronski@yahoo.com> wrote:

Good Morning, Rob!

Just wanted to let you know that it appears that both "Ava with Consumer Transparency Group" and "Lisa with Loan Review Center" have died. Instead, their cousin "Melissa with American Consumer Rights" is now flooding telephones with a recorded robocall message about "an important message that came across [her] desk... please call back right away."

02-19-2026 @ 1:57 P.M. E.S.T    Caller ID 219-356-9766    CROWN POINT IN

02-19-2026 @ 11:54 A.M. E.S.T.    Caller ID 606-600-6095    BEATTYVILLE KY

02-19-2025 @ 3:08 P.M.    E.S.T.    Caller ID 659-333-3772    GUIN AL

... Are you up to letting me know who the upstream carrier or ultimate customer is? Obviously, without the intervention of the Courts, this is not going to stop. And, I am sick and tired of it.

MARK DOBRONSKI
Telephone ▮▮▮▮▮▮▮