### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

**MARK W. DOBRONSKI**,

   *Plaintiff,*

*v.*

 Case No. 2:26-cv-10464

**FRACTEL, LLC, NUSO, LLC, and DOE DEFENDANTS I – X,**

   *Defendants.*

District Judge: Brandy R. McMillion
Magistrate Judge: Elizabeth A. Stafford

## INDEX OF EXHIBITS TO FRACTEL, LLC'S REPLY BRIEF
## IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

| Exhibit To Reply Brief | Description | Exhibit To Plaintiff's Motion for TRO (ECF No. 22) |
|---|---|---|
| Exhibit 1 | 01/29/26 email chain between FracTEL Technical Support and Plaintiff | ECF No. 22-3, PageID.216-219 |
| Exhibit 2 | 01/29-30/26 email chain between FracTEL Technical Support and Plaintiff | ECF No. 22-4, PageID.220-223 |
| Exhibit 3 | 02/04/26 email chain between FracTEL Technical Support and Plaintiff | ECF No. 22-5, PageID.224-227 |
| Exhibit 4 | 02/16/26 email chain between FracTEL Technical Support and Plaintiff | ECF No. 22-7, PageID.230-232 |
| Exhibit 5 | 02/20/26 email chain between FracTEL Technical Support Plaintiff | ECF No. 22-8, PageID.233-235 |