# Exhibit 1

# Exhibit 1

# Exhibit 1

# EXHIBIT 2

## Re: Unwanted Robocalls

From:  FracTEL Technical Support (ticket@fractel.net)

To:    markdobronski@yahoo.com

Date:  Thursday, January 29, 2026 at 04:45 PM EST

Hi Mark Dobronski,

I'm not sure how much I can legally share with you about the calls from numbers not your own on our service. But if you are telling me you called the number back from  a different phone number and got the same message I can use that for the basis of opening the abuse case for the reseller to have them investigate the end user and their calling.

Rob Lilja

> On Thu, Jan 29 at 4:15 PM , Mark Dobronski <markdobronski@yahoo.com> wrote:
> ROB:
>
> Believe it or not, you have been VERY helpful.  You just turned on a light bulb for me.  (At, at 68 years old, that light bulb glows dimmer and dimmer each day.)
>
> Take a look at telephone number 928-732-5558.  See what INBOUND calls were received by that telephone number TODAY between 1:00 P.M. and 1:30 P.M.  How many inbound calls do you see TO that number????  Perhaps you could tell me the last 4 digits of the inbound calls they received.  And, with that information, I believe that I can paint a bigger picture for you.
>
> MWD

>> On Thursday, January 29, 2026 at 04:08:46 PM EST, FracTEL Technical Support <ticket@fractel.net> wrote:
>>
>> Hi Mark Dobronski,
>>
>> I struggled with my response here.  I don't want to be condescending to you, it serves no purpose to further anger you.  I believe you, like many victims of these calls, think because we are the carrier for a number the calls have to be coming from fractel or through our service but in modern telephony that is not the case.  Spoofing a phone number is very easy to do and requires no actual connection to the number, the carrier or service provider for outbound calling.  As the carrier we will receive the call, if anyone calls back to the number, but outgoing phishing scams usually don't care about call backs.
>>
>> You can chose to believe me or not, I have no control over that, but Fractel does not support scammers on our network or using our numbers.   The resellers we work with are all vetted by the FCC and have robocall mitigation certificates on file. We investigate all the claim of abuse with any of our numbers and work with our reselling partners to remove any end user found to be in violation.
>>
>> I searched our call records again,  the phone number 9287325558 has not been used for any outbound calling on our network going back to Jan 1st of 2026. not just today.
>>
>> With your permission I will open abuse tickets with the reseller the phone numbers were issued to to have them investigate the calls you received and attempt to find the source. i

believe with the volume of calls you have received lately you might want to report these calls to your service provider and have them request a traceback with Industry Traceback Group. In addition to, or instead of working directly with us, you can report these calls to your provider by requesting a traceback from Industry Traceback Group.  We, like most major carriers, work in coordination with Industry Traceback Group in support of tracking down, identifying, and ultimately stopping, illegal robocalling.  You can find out more information about their mission at the website tracebacks.org.

Only the carrier who terminated the call to the end user who has the issue  (your phone provider) can start the traceback process. Here is a best practice for reaching out to your service provider:

"I received a suspicious and potentially illegal robocall and would like to report it for investigation. Please consider initiating a traceback through Industry Traceback Group (ITG), if appropriate."

Details of the Call:
- Date/Time Received: [MM/DD/YYYY, HH:MM AM/PM, Time Zone]
- My Phone Number: [Recipient's Number]
- Calling Number (Caller ID): [Number that appeared on Caller ID]
- Call Content: [Brief description – e.g., "Recorded message about student loan forgiveness."]
- Did You Answer the Call? Yes/No
- Did You Call the Number Back? Yes/No
- Any Other Notes: [e.g., "The message claimed to be from the IRS."]

Rob Lilja

On Thu, Jan 29 at 2:58 PM , Mark Dobronski <markdobronski@yahoo.com> wrote:
Mr. Lilja,

It is quite apparent that you are aiding, abetting, facilitating and concealing the wire fraud which your end client is engaged in.

Take a look at telephone number 928-732-5558.  What outbound calls were originated by that telephone number between 12:30 P.M. and 1:00 P.M.?

Why don't you get those call detail records in front of you.  As, I can assure you that your client is initiating the calls.  If you send me a copy of the call detail report (just show last 4 digits of phone numbers so there are no privacy issues), I can help you better focus.

MWD

On Thursday, January 29, 2026 at 02:29:11 PM EST, FracTEL Technical Support <ticket@fractel.net> wrote:

Hi Mark Dobronski,

I reviewed our call records going back for the last 2 weeks.

Aside from your calls to 3214991000 today, I do not find any calls to your number originating from our network. The calls you are receiving are not coming from our service. I took the initiative to add your number to the Do Not Call list for our network to prevent any call attempts in the future.     The numbers you have reported are with different resellers using FracTEL, the calls you are receiving may be spoofed but  I will open an abuse report with them to have them investigate calls to your number to see if we can determine a source and get the calls to stop.

Rob Lilja