# Exhibit 1

Exhibit 1

Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>Plaintiff,<br><br>v.<br><br>FRACTEL, LLC, NUSO, LLC, and DOE DEFENDANTS I - X<br><br>Defendants. | Case No. 2:26-cv-10464<br><br>District Judge: Brandy R. McMillion<br>Magistrate Judge: Elizabeth A. Stafford |

**DECLARATION OF MICHAEL CROWN**

Michael Crown, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the President of FracTEL, LLC ("FracTEL").

2. I am over the age of eighteen, am competent to testify to the statements made herein, and have either first-hand personal knowledge of the matters set forth in this Declaration or have knowledge of them through my review of FracTEL's business records.

3. Before preparing this Declaration, I read Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction Against Defendant FracTEL LLC, including Exhibits 1 through 8 ("Plaintiff's Motion") and FracTEL's

Memorandum of Law in Opposition to the Motion ("FracTEL's Opposition"). I make this Declaration in support of FracTEL's Opposition.

4. Exhibits 2 through 8 of Plaintiff's Motion are emails between Rob Lilja and Plaintiff. Mr. Lilja is responsible for operating FracTEL's technical support function, including investigating and responding to emails from FracTEL customers or third parties, such as Plaintiff. The emails are genuine copies of emails FracTEL received and Mr. Lilja sent in his official capacity and are maintained and tracked in FracTEL's support ticketing system.

5. Based on my review of FracTEL's business records, I can confirm that the actions Mr. Lilja represented FracTEL took in response to Plaintiff's emails were actually taken by FracTEL.

6. I founded FracTEL in 2007. FracTEL is a telecommunications infrastructure company. FracTEL functions as a "Carrier's Carrier". This means it provides a variety of unbundled or *a la carte* services as a "wholesale" provider to other carriers and service providers (not end-users) who, in turn, aggregate and bundle these services for sale to end-user subscribers. Among the services we provide are the following:

- **Local Telephone Numbers and Inbound Dialing Services** This service includes provisioning of telephone numbers, and service to support delivery of inbound calls made to a dialed telephone number to a subscriber's equipment.

- **Local and Long Distance Call Termination** This service supports forwarding of both local and long distance outbound calls to a terminating carrier for delivery to a landline or mobile subscriber.

- **Toll-free Services** Similar to local services in support of inbound and outbound calling of toll-free telephone numbers.

- **SMS/MMS Messaging** We support sending and receiving SMS and MMS text messaging for local and toll-free telephone numbers.

- **E911** We provide provision of location services and emergency 911 calling to other carriers for both business and residential subscribers.

- **Database Services** Modern telecommunication required access and maintenance of a multiple database for the proper routing and delivery of services. We provide access to these databases services to other carriers.

7. FracTEL is a telecommunications provider registered with the Federal Communications Commission ("FCC") through the filing of an FCC FRN (#0018413799), USAC Form 499 (#827536), and Robocall Mitigation Plan (RMD0001775), in addition to having multiple state registrations.

8. FracTEL is a licensed nationwide Interconnected VoIP Provider and holds a Competitive Local Exchange Carrier license in all 50 states. This license authorizes a communications provider, like FracTEL, to offer local telephone and broadband services in direct competition with established Incumbent and Local Exchange Carriers. Additionally, it allows FracTEL to access and assign numbering resources throughout the United States.

9. Plaintiff alleges that the calls at issue in his lawsuit were made to a residential telephone number ending in XX24 ("Plaintiff's Telephone Number"). (FAC, ¶ 10). FracTEL has since learned the full telephone number ending in XX24.

10. Based on a review of FracTEL's business records for outbound calls that transverse its network, FracTEL neither made nor initiated any of the calls to Plaintiff's Telephone Number which Plaintiff alleges violate federal and state law (the "Outbound Calls to Plaintiff") and none transversed FracTEL's network, either as an originating provider, or as an intermediate provider. In addition, a search of FracTEL's business records for calls matching Caller IDs identified by Plaintiff in the indicated time frames located no matching calls.

11. FracTEL's business records confirm that its network only carried calls Plaintiff made to certain numbers he alleges he was called from. Those calls transversed FracTEL's network because FracTEL is the "carrier of record" for the telephone numbers Plaintiff called.

12. A "carrier of record" for a telephone number means that the FCC has assigned the right to use the telephone number to that entity. It does not mean that an outbound call made using that number as Caller ID was made or initiated by the "carrier of record" or that the call transversed that carrier's network. The "carrier of record" of a telephone number can assign its right to use a telephone number to

another carrier or a third-party reseller for it to use in providing their own telecommunication services.

13. FracTEL, as a "carrier of record," allows third-party resellers to use its telephone numbers for their own telecommunication services. The telephone numbers Plaintiff claims appeared as the calling numbers in connection with the calls he received were numbers FracTEL had issued to resellers.

14. Modern VoIP telephony has led to Caller ID no longer being a reliable identifier of a call originator or its originating carrier, for this reason, the FCC implemented the STIR/SHAKEN protocol for digital signature of calls (htpps://www.fcc.govcall-authentication) and the Industry Traceback Group traceback system for establishing call originator and path. See https://tracebacks.org.

15. Because VoIP carriers often specialize or focus on particular geographical regions, they often use multiple different providers, and the providers used for outbound calling are often different from the providers used for inbound phone numbers (Caller IDs). The data presented by Plaintiff and FracTEL's records show that this was the case for the calls identified by Plaintiff, with FracTEL being used for inbound phone numbers but not being used for the outbound calls made to Plaintiff.

16. Exhibit A to this Declaration is a genuine copy of an email, dated March 30, 2026, between Tori Guidry, Esq. of the law firm of Troutman Amin and Plaintiff.

FracTEL originally retained Troutman Amin to represent it in this matter. Exhibit A identifies the three resellers FracTEL determined from its business records had been issued at least one of the telephone numbers Plaintiff claims was displayed as a Caller ID in connection with the calls he received.

17. FracTEL's business records do not disclose the names of the subscribers that the resellers assigned the licensed telephone numbers to or which party or parties are responsible for making the calls to Plaintiff. FracTEL cannot stop Plaintiff from continuing to receive the calls he complains about.

18. FracTEL has implemented reasonable measures to preserve all documents relating to this matter for the relevant time period at issue.

19. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of June 2026.

/s/

Michael Crown

# Exhibit A

Exhibit A

Exhibit A

**Robert Horwitz**

**From:** Robert Horwitz
**Sent:** Monday, June 8, 2026 3:15 PM
**To:** Robert Horwitz
**Subject:** Troutman-Dobronski emails re dismissal

**From:** Mark Dobronski <markdobronski@yahoo.com>
**Sent:** Monday, June 8, 2026 3:10 PM
**To:** Robert Horwitz <RHorwitz@maddinhauser.com>
**Subject:** Fw: DOBRONSKI v. FRACTEL, LLC et al; Case No.: 2:26-cv-10464-BRM-EAS (E.D. Mich.)

[EXTERNAL EMAIL]

----- Forwarded Message -----
**From:** Tori Guidry <tori@troutmanamin.com>
**To:** Mark Dobronski <markdobronski@yahoo.com>; Eric Troutman <troutman@troutmanamin.com>
**Sent:** Monday, March 30, 2026 at 12:52:15 PM EDT
**Subject:** Re: DOBRONSKI v. FRACTEL, LLC et al; Case No.: 2:26-cv-10464-BRM-EAS (E.D. Mich.)

Hi Mr. Dobronski,

My apologies for the delay. Here you go:

Hassan Shahid
KALLZER TECH LLC
112 S Main Ave Ste A
PMB 215
Sioux Falls SD 57104
hassan@kallzertech.com

M Suleman Butt
Dialzilla LLC
30 N Gould St STE 4000 WY 82801
Sheridan WY 82801
suleman@dialzilla.com

Hussain Patanwala
Telkart LLC
16192 Costal HWY
Lewes DE 19958
hussain@telkartllc.com

**Tori L. Guidry ("The Dame")**
*Associate Attorney*
400 Spectrum Center Drive, Ste 1450
Irvine, CA 92618
https://link.edgepilot.com/x/gJ7S80y4TAuvYEhQqZ9rang?u=http://www.tcpaworld.com/